UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROY ABRAMOWITZ

Vs.                                        CASE NO. 3:02CV02154(AVC)

SCOTT ROMANO

J U D G M E N T

This action having been commenced by a complaint and having been assigned to the

Honorable Alfred V. Covello, United States District Judge; and

The defendant having filed his motion for summary judgment and the Court having

considered the full record of the case, including applicable principles of law, and on January 23,

2004 having filed its ruling granting the motion; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor

of the defendant.

Dated at Hartford, Connecticut, this 28th day of January, 2004.

KEVIN F. ROWE, Clerk


By_____/s/ JW_____
                                    Jo-Ann Walker
_____
EOD: _____          Deputy Clerk